Commonwealth ex rel. Jones, Appellant, *v.* Myers.

Submitted June 10, 1959.  Before RHODES, P. J.,
HIRT, GUNTHER, WRIGHT, WOODSIDE, ERVIN, and WAT-
KINS, JJ.

*Fred R. Jones*, appellant, in propria persona.

*Clement J. McGovern*, Assistant District Attorney,
and *Raymond R. Start*, District Attorney, for appellee.

OPINION PER CURIAM, September 16, 1959:

The appellant, as defendant in the court below, was
charged jointly with another with possessing and dis-
pensing a narcotic drug to-wit: marihuana, in violation
of §4 of the Act of July 11, 1917, P. L. 758, 35 PS §854.
Both were convicted and appellant is now serving the
sentence imposed, in a penal institution.

In this appeal from the refusal of the lower court
to grant a hearing on his petition for habeas corpus,
the appellant's principal complaint is that the Com-
monwealth's testimony at his trial did not support the
conviction because of the Commonwealth's failure "to
specify the drug content or to establish true chemical
analysis" of the drug possessed and dispensed by him.
If error, this was a matter to be rectified on appeal,
and since a writ of habeas corpus cannot be made the

substitute for an appeal no hearing was required in the court below. *Com. ex rel. Gaurich v. Keenan,* 181 Pa. Superior Ct. 619, and cases cited, p. 622, 124 A. 2d 144. Cf. *Com. ex rel. Bishop v. Maroney,* 382 Pa. 324, 114 A. 2d 906. We find no merit in the other contentions of appellant that there was a denial of due process in the court below.

Order affirmed.